# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Judith A Shaull,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 09-3412-CV-S-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Friday, January 21, 2011, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed June 7, 2010 [Doc. 14] and the *Brief for Defendant*, filed September 20, 2010 [Doc. 21]. For the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4 for action consistent with the decision of the Court as set forth at the conclusion of the argument on January 21, 2011. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

                                               */s/ John T. Maughmer*
                                               **JOHN T. MAUGHMER**
                                               **U. S. MAGISTRATE JUDGE**