# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Judith A. Shaull,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **V.** | ) Case No. 09-3412-CV-S-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access to Justice Act*, filed February 23, 2011 [Doc. 27]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access to Justice Act*, filed February 23, 2011 [Doc. 27] is **GRANTED**. Accordingly, plaintiff is awarded $5,093.20 in attorney fees under EAJA, 28 U.S.C. §2412(d), and $350.00 reimbursement from the Judgment Fund for filing fees.

                                           */s/ John T. Maughmer*
                                           **JOHN T. MAUGHMER**
                                           **U. S. MAGISTRATE JUDGE**